Paul J. Walsh, Jr., Appellant, *v.* Civil Service Commission of the City of Pittsburgh and Dr. Marion K. McKay, Dr. Albert T. Statti and Rev. James B. Cayce, All Members of the Said Civil Service Commission; and the City of Pittsburgh, a Municipal Corporation, Joseph M. Barr, Mayor of the City of Pittsburgh, David W. Craig, Director, Department of Public Safety, City of Pittsburgh, Appellees.

Argued November 9, 1973, before Judges KRAMER, WILKINSON, JR. and BLATT, sitting as a panel of three.

*H. David Rothman*, for cross-appellant.

*Thomas S. White*, Assistant City Solicitor, with him *Ralph Lynch, Jr.*, City Solicitor, for cross-appellees.

OPINION BY JUDGE WILKINSON, February 4, 1974:

This is a "cross-appeal" to No. 64 Commonwealth Docket 1973, the decision and opinion which is being filed herewith. The lower court had directed Paul J. Walsh be reinstated as a police officer as of July 20, 1967. Walsh filed this appeal asserting that the proper date on which he was entitled to be placed on the employment roll, Bureau of Police, City of Pittsburgh, was September 6, 1966.

The question of whether the proper date should have been July 20, 1967, or September 6, 1966, is now moot since we have reversed the lower court in No. 64 Com-

monwealth Docket 1973, and have held that Walsh is not entitled to be placed on the employment roll on either date.

Appeal dismissed.